IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00723-ZLW-BNB

PETE T. COUZIN,

    Plaintiff,

v.

SARAH TRIBBLE,

    Defendant.

## ORDER

In a Status Report filed June 27, 2005, counsel for Defendant advised the Court that this case had settled. It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before July 12, 2005. If by that date settlement papers have not been received by the Court, on July 19, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __30__ day of June, 2005.

                                                  BY THE COURT:

                                                  s/Zita L. Weinshienk
                                                  _____

                                                  ZITA L. WEINSHIENK, Senior Judge
                                                  United States District Court