IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00723-ZLW-BNB

PETE T. COUZIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice, the parties to pay their own costs and attorney's fees.

DATED at Denver, Colorado, this __8__ day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court